IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

NEXII BUILDING SOLUTIONS INC., a
Canadian corporation,

    Plaintiff,

VS

NEXUS 1, LLC, a Delaware limited
liability company; JOHN WOLFINGTON;
and DANIEL METZLER,

    Defendants.

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Civil Action No: 23-cv-00398

STATE OF __PA__ )
              ) ss.:
COUNTY OF __Montgomery__ )

Jessica Brannon, being duly sworn, deposes and says that the deponent is not a party to this action, and is over 18 years of age and is a resident of the State of __PA__

On February 2, 2023, at approximately 4:50 pm, at 101 Carleton Ave, Hazleton, PA 18201, the deponent served the within Summons & Complaint; CIVIL COVER SHEET and Exhibits 1-7 upon **NexUS 1, LLC**, by personally delivering to and leaving with Andrew Rice, Plant Director, a true and correct copy of the said documents.

At the time of said service Andrew Rice, acknowledged service and said he was authorized to accept service on behalf of NexUS 1, LLC.

Andrew Rice is described as a Caucasian male approximately 30 years of age 120 lbs., 5'2" tall, with brown hair and brown eyes.

_____
Jessica Brannon

Sworn to before me this.

8th day of February 2023

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Michele M. Harris, Notary Public
Montgomery County
My commission expires August 10, 2024
Commission number 1067314
Member, Pennsylvania Association of Notaries